DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL CARL BURGER,**
Appellant,

v.

**ALLYSSA MCCLEERY d/b/a ANTHEM HOMES 2, LLC,**
Appellee.

No. 4D2023-1842

[May 2, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Scott R. Kerner, Judge; L.T. Case No. 502020CA011209.

Samuel Carl Burger, West Palm Beach, pro se.

Lyman S. Bradford IV of the Law Office of Lyman S. Bradford IV, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***